B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Smith, Bruce D Jr. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Smith, Kristin S |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>FDBA Church Solutions Group, Inc.; FDBA Create<br>Seventy-Seven; DBA Clarityorg | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>xxx-xx-6041 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-4668 |
| Street Address of Debtor (No. and Street, City, and State):<br>1005 South Hough Street<br>Barrington, IL<br>ZIP Code 60010 | Street Address of Joint Debtor (No. and Street, City, and State):<br>1005 South Hough Street<br>Barrington, IL<br>ZIP Code 60010 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- □ Corporation (includes LLC and LLP)
- □ Partnership
- □ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- □ Health Care Business
- □ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- □ Railroad
- □ Stockbroker
- □ Commodity Broker
- □ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- □ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- □ Chapter 9
- □ Chapter 11
- □ Chapter 12
- □ Chapter 13
- □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- □ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- □ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- □ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- □ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- □ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- □ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- □ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- □ A plan is being filed with this petition.
- □ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- □ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| □ 1-49 | □ 50-99 | □ 100-199 | □ 200-999 | □ 1,000-5,000 | □ 5,001-10,000 | □ 10,001-25,000 | □ 25,001-50,000 | □ 50,001-100,000 | □ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| □ $0 to $50,000 | □ $50,001 to $100,000 | ■ $100,001 to $500,000 | □ $500,001 to $1 million | □ $1,000,001 to $10 million | □ $10,000,001 to $50 million | □ $50,000,001 to $100 million | □ $100,000,001 to $500 million | □ $500,000,001 to $1 billion | □ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| □ $0 to $50,000 | □ $50,001 to $100,000 | □ $100,001 to $500,000 | □ $500,001 to $1 million | ■ $1,000,001 to $10 million | □ $10,000,001 to $50 million | □ $50,000,001 to $100 million | □ $100,000,001 to $500 million | □ $500,000,001 to $1 billion | □ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Smith, Bruce D Jr.<br>Smith, Kristin S |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | | Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Smith, Bruce D Jr.<br>Smith, Kristin S |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Bruce D Smith, Jr.
_____
Signature of Debtor  Bruce D Smith, Jr.

X  /s/ Kristin S Smith
_____
Signature of Joint Debtor Kristin S Smith

_____
Telephone Number (If not represented by attorney)

October 4, 2013
_____
Date

### Signature of Attorney*

X  /s/ Gregory K. Stern
_____
Signature of Attorney for Debtor(s)

Gregory K. Stern 6183380
_____
Printed Name of Attorney for Debtor(s)

Gregory K. Stern, P.C.
_____
Firm Name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
_____
Address

(312) 427-1558  Fax: (312) 427-1289
_____
Telephone Number

October 4, 2013
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Bruce D Smith, Jr.
       Kristin S Smith                                Case No. _____

                                   Debtor(s)      Chapter     7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ Bruce D Smith, Jr.
                       Bruce D Smith, Jr.

Date:    October 4, 2013

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Bruce D Smith, Jr.
        Kristin S Smith                                                                        Case No.
                                                    Debtor(s)                          Chapter      7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Kristin S Smith
                         Kristin S Smith

Date:   October 4, 2013

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re    Bruce D Smith, Jr.,                                      Case No. _____
         Kristin S Smith

_____ ,     Chapter _____ 7 _____
                                        Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 300,000.00 | | |
| B - Personal Property | Yes | 4 | 67,191.41 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 815,166.34 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | 184,099.28 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 1,524,574.03 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,475.49 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 367,191.41 | | |
| Total Liabilities | | | | 2,523,839.65 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    Bruce D Smith, Jr.,             Case No. _____
        Kristin S Smith
_____ ,
                      Debtors       Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   Bruce D Smith, Jr.,                                                    Case No. _____
        Kristin S Smith
_____,
                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1005 South Hough Street, Barrington, Illinois - Single Family Residence | Fee simple - Tenancy by the Entirery | J | 300,000.00 | 712,369.64 |

|  |  |  |
|---|---|---|
| Sub-Total > | 300,000.00 | (Total of this page) |
| Total > | 300,000.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Bruce D Smith, Jr.,                                              Case No. _____
         Kristin S Smith
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | J | 260.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BMO Harris Checking Account no. ending 8801 | J | 209.64 |
| | | BMO Harris Business Checking Account no. ending 8828 (Business account in name of Clarityorg) | W | 1,191.77 |
| | | BMO Harris Corporate Checking Account no. ending 9158 (Corporate Checking Acccount - Debtors authorized signers only) | - | 0.00 |
| | | BMO Harris Checking Account no. ending 9166- (Account in name of son C.S. - Debtors' authorized parental signatories only) | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Couch, Rug, Chair, Entertainment Center, TV, Bookshelf, Mirror, Side Table, Couch, Rug, Coffee Table, Buffet, 4 Kindles, Side Table, TV, Laptop, Entertainment Center, Side Chair, Lamps, TV, Rug, 4 Stools, Bed, Mirror, Cell Phones, TV, TV Stand, Bed, 2 XBoxes, Desk, Chair, Printer, Cabinet, 2 Beds, Rug, Misc. Shelves, TV, 3 Apple TVs, Dresser, Bed, Rug, TV, Laptop, Dresser, Desk, Sofa, Desk, Sofa, Desk, Chair, Rug, Printer, Computer Monitors, Laptop, Porch Chairs, Outdoor Table and Chairs, 2 Outdoor Rockers, 2 Mower, Snow Blower, Misc. Garden Tools, TV, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property | J | 4,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. Books, Misc. Framed Prints, Misc. Decorations | J | 100.00 |
| 6. Wearing apparel. | | Necessary Wearing Apparel | J | 550.00 |

Sub-Total >        6,811.41
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                                    Case No. _____
         Kristin S Smith

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Men's Watch, Women's Watch, Bracelet, Earrings, Wedding Rings, Misc. Costume Jewelry | J | 750.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 Men's Bikes, 2 Women's Bikes, 2 Boys Bikes, Camera | J | 580.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Church Solutions Group, Inc. - Debtors each own 50% Interest | J | 0.00 |
| | | Clarityorg - Sole Proprietorship | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Receivable due from American Music & Sound for sale of Piano | J | 4,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >        5,330.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                              Case No. _____
         Kristin S Smith

_____,
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 Honda Pilot | J | 28,000.00 |
| | | 2013 Honda Accord | J | 27,000.00 |
| | | 2011 Mini Cooper (Debtors hold possessory, lease interest only) | J | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >        55,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                          Case No. _____
         Kristin S Smith

_____,
                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog, Cat | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 50.00 |
| (Total of this page) | |
| Total > | 67,191.41 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re  Bruce D Smith, Jr.,                                    Case No. _____
Kristin S Smith
_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 1005 South Hough Street, Barrington, Illinois - Single Family Residence | 735 ILCS 5/12-901<br>735 ILCS 5/12-112 | 30,000.00<br>100% | 300,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| BMO Harris Business Checking Account no. ending 8828 (Business account in name of Clarityorg) | 735 ILCS 5/12-1001(b) | 1,191.77 | 1,191.77 |
| **Household Goods and Furnishings** | | | |
| Couch, Rug, Chair, Entertainment Center, TV, Bookshelf, Mirror, Side Table, Couch, Rug, Coffee Table, Buffet, 4 Kindles, Side Table, TV, Laptop, Entertainment Center, Side Chair, Lamps, TV, Rug, 4 Stools, Bed, Mirror, Cell Phones, TV, TV Stand, Bed, 2 XBoxes, Desk, Chair, Printer, Cabinet, 2 Beds, Rug, Misc. Shelves, TV, 3 Apple TVs, Dresser, Bed, Rug, TV, Laptop, Dresser, Desk, Sofa, Desk, Sofa, Desk, Chair, Rug, Printer, Computer Monitors, Laptop, Porch Chairs, Outdoor Table and Chairs, 2 Outdoor Rockers, 2 Mower, Snow Blower, Misc. Garden Tools, TV, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property | 735 ILCS 5/12-1001(d)<br>735 ILCS 5/12-1001(b) | 800.00<br>2,308.23 | 4,500.00 |
| **Wearing Apparel** | | | |
| Necessary Wearing Apparel | 735 ILCS 5/12-1001(a) | 550.00 | 550.00 |
| **Furs and Jewelry** | | | |
| Men's Watch, Women's Watch, Bracelet, Earrings, Wedding Rings, Misc. Costume Jewelry | 735 ILCS 5/12-1001(b) | 500.00 | 750.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 2 Men's Bikes, 2 Women's Bikes, 2 Boys Bikes, Camera | 735 ILCS 5/12-1001(d) | 300.00 | 580.00 |
| **Accounts Receivable** | | | |
| Receivable due from American Music & Sound for sale of Piano | 735 ILCS 5/12-1001(b) | 4,000.00 | 4,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2013 Honda Pilot | 735 ILCS 5/12-1001(c) | 2,400.00 | 28,000.00 |
| 2013 Honda Accord | 735 ILCS 5/12-1001(c) | 2,400.00 | 27,000.00 |

   0   continuation sheets attached to Schedule of Property Claimed as Exempt

Total:          44,450.00          366,571.77

B6D (Official Form 6D) (12/07)

In re Bruce D Smith, Jr.,  Case No. _____
Kristin S Smith

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. xxxxxx824-3  Barrington Bank and Trust Company 201 South Hough Street Barrington, IL 60010 | X | | J | | 2012  Mortgage  1005 South Hough Street, Barrington, Illinois - Single Family Residence | | | X | | |
| | | | | | Value $              300,000.00 | | | | 479,806.63 | 412,369.64 |
| Account No.  Chuhak & Tecson, PC 30 South Wacker Drive Suite 2600 Chicago, IL 60606-7413 | | | | | Representing: Barrington Bank and Trust Company | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No.  US Small Business Administration 409 3rd Street, SW Washington, DC 20416 | | | | | Representing: Barrington Bank and Trust Company | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. xxxxxx7416  BMW Financial Services Customer Service Center PO Box 3608 Dublin, OH 43016-8066 | | | J | | 2011  Lease  (see Schedule G)  2011 Mini Cooper (Debtors hold possessory, lease interest only) | | | | | |
| | | | | | Value $               16,000.00 | | | | 20,060.00 | 4,060.00 |

 1  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 499,866.63 | 416,429.64 |

B6D (Official Form 6D) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                              Case No. _____
        Kristin S Smith
_____,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| BMW Financial Services Attn: Bankruptcy Dept. 550 Britton Pkwy Hilliard, OH 43026 | | | Representing: BMW Financial Services | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. xxxxx7572 | | | 2007 | | | | | |
| Green Tree PO Box Box 6172 Rapid City, SD 57709 | | J | Mortgage 1005 South Hough Street, Barrington, Illinois - Single Family Residence | | | X | | |
| | | | Value $           300,000.00 | | | | 232,563.01 | 0.00 |
| Account No. xxxxx4089 | | | 2013 | | | | | |
| Honda Finance P.O. Box 5308 Elgin, IL 60121-5308 | | J | Retail Installment Contract - Motor Vehicle 2013 Honda Pilot | | | | | |
| | | | Value $            28,000.00 | | | | 45,753.83 | 17,753.83 |
| Account No. xxxxx2489 | | | 2013 | | | | | |
| Honda Financial P.O. Box 5308 Elgin, IL 60121-5308 | | J | Retail Installment Contract - Motor Vehicle 2013 Honda Accord | | | | | |
| | | | Value $            27,000.00 | | | | 36,982.87 | 9,982.87 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 315,299.71 | 27,736.70 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 815,166.34 | 444,166.34 |

B6E (Official Form 6E) (4/13)

.

| In re | Bruce D Smith, Jr., | Case No. _____ |
|---|---|---|
| | Kristin S Smith | |

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>  4  </u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    Bruce D Smith, Jr.,
         Kristin S Smith

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. xxxx1600<br><br>Dept. of Labor & Industries<br>PO Box 44171<br>Olympia, WA 98504 | - | | | Corporate Taxes | X | X | X | 960.64 | 0.00<br><br>960.64 |
| Account No. xx-xxx1536<br><br>Illinois Department of Employment Security<br>33 South State Street<br>10th Floor<br>Chicago, IL 60603 | - | | | 2013 and prior years<br><br>Unemployment Taxes | X | X | X | Unknown | Unknown<br><br>Unknown |
| Account No. xx-xxx1536<br><br>Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | J | | | 2013 and prior years<br><br>Taxes | | | X | Unknown | Unknown<br><br>0.00 |
| Account No. xx4730<br><br>Indiana Department of Workforce Dev.<br>10 N Senate Ave<br>Indianapolis, IN 46204 | - | | | 2013<br><br>Unemployment Charges | X | X | X | Unknown | Unknown<br><br>Unknown |
| Account No. xxxx-xxxx0349<br><br>Indiana Dept. of Revenue<br>100 North Senate Avenue<br>Room 248<br>Indianapolis, IN 46204-2717 | - | | | 2013<br><br>Corporate Taxes | X | X | X | 556.66 | 0.00<br><br>556.66 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 0.00 |
|---|---|
| (Total of this page) | 1,517.30 | 1,517.30 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Bruce D Smith, Jr.,    Case No. _____
      Kristin S Smith

                                              ,

                   Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-6041 | | | 2013 and prior years | | | | | |
| Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | J | Taxes | | | X | 123,895.44 | 123,895.44 |
| | | | | | | | 123,895.44 | 0.00 |
| Account No. xx6167 | | | 2013 | | | | | |
| Kentucky Dept. of Revenue Withholding Tax PO Box 181, Station 57 Frankfort, KY 40602 | | - | Withholding Taxes | X | X | X | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. xxxxx1536 | | | 2012 | | | | | |
| Maryland  Div. of Unemployment Insurance Room 401 1100 N Eutaw Str. Baltimore, MD 21201 | | - | Unemployment Taxes | | | X | 0.00 | 0.00 |
| | | | | | | | 145.45 | 145.45 |
| Account No. | | | | | | | | |
| Revenue Administration Division 110 Carroll Street Annapolis, MD 21411 | | | Representing: Maryland  Div. of Unemployment Insurance | | | | Notice Only | |
| Account No. xxxxxx2-000 | | | 2013 | | | | | |
| Michigan  - Unemployment Insur. Agency 3024 West Grand Blvd., Suite 11-500 Detroit, MI 48202 | | - | Unemployment Taxes | | | X | 1,308.00 | 1,308.00 |
| | | | | | | | 1,308.00 | 0.00 |

Sheet _2_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 125,203.44 |
| (Total of this page) | 125,348.89 | 145.45 |

B6E (Official Form 6E) (4/13) - Cont.

In re     Bruce D Smith, Jr.,                                          Case No. _____
          Kristin S Smith
                                                    ,
                                              Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx1536<br><br>Michigan Department of Treasury<br>Dept. 77437<br>PO Box 77000<br>Detroit, MI 48277 | - | | 2011<br><br>Taxes | X | X | X | 3,419.75 | 0.00 | 3,419.75 |
| Account No.<br><br>GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081 | | | Representing:<br>Michigan Department of Treasury | | | | Notice Only | | |
| Account No.<br><br>Michigan A/R Collection System<br>PO Box 30158<br>Lansing, MI 48909 | | | Representing:<br>Michigan Department of Treasury | | | | Notice Only | | |
| Account No. xxxxxxx5367<br><br>Municipal Services Bureau<br>PO Box 16755<br>Austin, TX 78761 | - | | Corporate Tax | X | X | X | 2,060.84 | 0.00 | 2,060.84 |
| Account No. xx-xxx1536<br><br>North Carolina Department of Revenue<br>P.O. box 25000<br>Raleigh, NC 27640-2657 | - | | 2013<br><br>Taxes | X | X | X | Unknown | Unknown | Unknown |

Sheet _3_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 5,480.59 | 5,480.59 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Bruce D Smith, Jr.,
      Kristin S Smith

Case No. _____

Debtors,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxx9365<br><br>Sales and Use Tax Commission<br>PO Box 104<br>Shreveport, LA 71161 | - | | 2013<br><br>Listed for Notice Purposes | X | X | X | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Louisiana Dept. of Revenue<br>PO Box 201<br>Baton Rouge, LA 70821 | | | Representing:<br>Sales and Use Tax Commission | | | | Notice Only | | |
| Account No. xxxxx1488<br><br>State of California - Bd. of Equalizatio<br>PO Box 942879<br>Sacramento, CA 94279 | - | | 2012<br><br>Corporate Debt - Taxes | X | X | X | 43,900.50 | 43,900.50 | 0.00 |
| Account No. xxxxx7909<br><br>State of Wash. - Employment Sec. Dept.<br>PO Box 9046<br>Olympia, WA 98507 | - | | 2012<br><br>Unemployment Taxes | X | X | X | 7,852.00 | 0.00 | 7,852.00 |
| Account No. xxxxx7909<br><br>State of Washington - Dept. of Revenue<br>PO Box 47473<br>Olympia, WA 98504 | - | | 2013<br><br>Listed for Notice Purposes | | | X | 0.00 | 0.00 | 0.00 |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 51,752.50 | 43,900.50<br>7,852.00 |
| Total<br>(Report on Summary of Schedules) | 184,099.28 | 169,103.94<br>14,995.34 |

B6F (Official Form 6F) (12/07)

In re    Bruce D Smith, Jr.,                                              Case No. _____
         Kristin S Smith
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xx9616<br><br>A.C. Lighting Inc.<br>435 Horner Avenue, Unit 1<br>TORONTO, ONTARIO M8W 4W3 | - | | | | 2013<br>Corporate Debt | X | X | X | 18,217.44 |
| Account No.<br><br>JSD Management, Inc.<br>1283 College Park Dr.<br>Dover, DE 19904 | | | | | Representing:<br>A.C. Lighting Inc. | | | | Notice Only |
| Account No. xxxxx-xxxxx5000<br><br>Accountemps<br>21925 Field Parkway, Suite 100<br>Barrington, IL 60010 | - | | | | 2013<br>Corporate Debt | X | X | X | 5,576.48 |
| Account No. xxxxx2355<br><br>Advocate Good Shepard<br>450 West Highway 22<br>Barrington, IL 60010 | | | J | | 2013<br>Services | | | | 310.00 |
| | | | | | Subtotal<br>(Total of this page) | | | | 24,103.92 |

__25__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                      Case No. _____
         Kristin S Smith
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxx2342<br><br>Aja Video Systems, Inc.<br>180 Litton Drive<br>Grass Valley, CA 95945 | - | | | 2013<br>Corporate Debt | X | X | X | 16,904.23 |
| Account No.<br><br>RMS<br>PO Box 509<br>Richfield, OH 44286 | | | | Representing:<br>Aja Video Systems, Inc. | | | | Notice Only |
| Account No. 3241<br><br>Allegra Marketing<br>859 Oakton Street<br>Elk Grove Village, IL 60007 | - | | | 2013<br>Corporate Debt | X | X | X | 3,841.00 |
| Account No. xxx527D<br><br>ALMO<br>2709 Commerce Way<br>Philadelphia, PA 19154 | - | | | 2013 and prior year<br>Corporate Debt | X | X | X | 20,950.31 |
| Account No. xx9129<br><br>American Music and Sound<br>22020 Clarendon St., Suite 305<br>Woodland Hills, CA 91367 | - | | | 2013<br>Corporate Debt | X | X | X | 16,620.03 |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          58,315.57

B6F (Official Form 6F) (12/07) - Cont.

In re  Bruce D Smith, Jr.,                                           Case No. _____
       Kristin S Smith
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: | | | | |
| Caine & Weiner 338 Harris Hill Rd Buffalo, NY 14221 | | | | American Music and Sound | | | | Notice Only |
| Account No. xxxxxx4897 | | | | 2011-2012 Corporate Debt | | | | |
| Amtrust North America PO Box 318004 Cleveland, OH 44131 | - | | | | X | X | X | 6,739.00 |
| Account No. | | | | Representing: | | | | |
| AmTrust North America PO Box 6939 Cleveland, OH 44101 | | | | Amtrust North America | | | | Notice Only |
| Account No. xxxxx2802 | | | | 2013 and prior year Corporate Debt | | | | |
| AT&T PO Box 1809 Paramus, NJ 07653 | - | | | | X | X | X | 7,814.85 |
| Account No. xxxxxxxxx6547 | | | | 2013 Services | | | | |
| AT&T PO Box 1809 Paramus, NJ 07653 | | J | | | | | | 39.95 |

Sheet no. __2__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         14,593.80

B6F (Official Form 6F) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                         Case No. _____
        Kristin S Smith
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. x0475 | | | | 2013 Corporate Debt | | | | |
| Audix PO Box 4010 Wilsonville, OR 97070 | - | | | | X | X | X | |
| | | | | | | | | 1,361.64 |
| Account No. xx0477 | | | | 2013 Corporate Debt | | | | |
| Avid Technology 101 South First Street, Suite 200 Burbank, CA 91502 | - | | | | X | X | X | |
| | | | | | | | | 19,503.53 |
| Account No. | | | | | | | | |
| Law Offices of Brian J Ferber, Inc. 5611 Fallbrook Ave. Woodland Hills, CA 91367 | | | | Representing: Avid Technology | | | | Notice Only |
| Account No. | | | | | | | | |
| Teller Levit & Silvertrust, P.C. 19 South LaSalle Street Suite 701 Chicago, IL 60603 | | | | Representing: Avid Technology | | | | Notice Only |
| Account No. x1373 | | | | 2012 Corporate Debt | | | | |
| Aviom, Inc. 1157 Phoenixville Pike, Suite 201 West Chester, PA 19380 | - | | | | X | X | X | |
| | | | | | | | | 29,075.00 |

Sheet no. __3__ of __25__ sheets attached to Schedule of        Subtotal          49,940.17
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  Bruce D Smith, Jr.,                                          Case No. _____
       Kristin S Smith

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Whitney & Associates <br> 406 Blackwell St., Suite 240 <br> Durham, NC 27701 | | | | Representing: <br> Aviom, Inc. | | | | Notice Only |
| Account No. xxxxxx2179 <br><br> Barco, Inc. <br> Duluth, GA 30097 | J | | | 2012 <br> Corporate Debt | | | | 44,396.80 |
| Account No. <br><br> Law Offices of John C. Williams & Assoc <br> 1612 Northeast Expressway <br> Atlanta, GA 30329 | | | | Representing: <br> Barco, Inc. | | | | Notice Only |
| Account No. xxxxxxx4186 <br><br> Barrington Children and Teens <br> 27401 Illinois 22 <br> Barrington, IL 60010 | J | | | Services | | | | 100.00 |
| Account No. <br><br> Transworld Systems Inc. <br> 507 Prudential Road <br> Horsham, PA 19044 | | | | Representing: <br> Barrington Children and Teens | | | | Notice Only |

Sheet no. __4___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,496.80

B6F (Official Form 6F) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                    Case No. _____
         Kristin S Smith

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Bethel Church<br>10202 Broadway<br>Crown Point, IN 46307 | - | | | 2013<br>Corporate Debt | X | X | X | 3,500.00 |
| Account No. 201,202,203<br><br>Bonanza Property Group LLC<br>303 N Northwest Highway, Suite 201<br>Barrington, IL 60010 | X | H | | 2013<br>Guaranty of Corporate Debt - Lease Default | X | X | X | 9,000.00 |
| Account No.<br><br>Charter Oak United Methodist Church<br>449 Frye Farm Road<br>Greensburg, PA 15601 | - | | | 2013<br>Corporate Debt | X | X | X | 77,487.23 |
| Account No.<br><br>King & Guiddy<br>114 North Maple Avenue<br>Greensburg, PA 15601 | | | | Representing:<br>Charter Oak United Methodist Church | | | | Notice Only |
| Account No. xxxxxx1864<br><br>Chase<br>PO Box 659732<br>San Antonio, TX 78265 | | J | | 2013<br>Overdraft | | | | 271.39 |

| | |
|---|---|
| Sheet no. __5__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)    90,258.62 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                                    Case No. _____
          Kristin S Smith
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx1772<br><br>Chase<br>340 S. Cleveland Ave., Bldg. 370<br>Westerville, OH 43081 | - | | | 2013<br>Corporate Debt | X | X | X | 7,002.11 |
| Account No. xxx7417<br><br>Chase Paymentech<br>4 Northeastern Blvd<br>Salem, NH 03079 | - | | | 2013<br>Corporate Debt | X | X | X | Unknown |
| Account No. xxxxxxxxxxxx1754<br><br>City of Chicago<br>Department of Revenue<br>P.O. Box 88292<br>Chicago, IL 60680-1292 | J | | | Red Light Violation | | | X | 200.00 |
| Account No. xxxxxx0430<br><br>Clarke Wire & Cable Co, Inc.<br>408 Washington Blvd.<br>Mundelein, IL 60060 | - | | | 2013 and prior years<br>Corporate Debt | X | X | X | 37,376.89 |
| Account No.<br><br>Euler Hermes<br>600 South 7th Street<br>Louisville, KY 40203 | | | | Representing:<br>Clarke Wire & Cable Co, Inc. | | | | Notice Only |

Sheet no. _6_ of _25_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,579.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                                    Case No. _____
         Kristin S Smith

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxx0885<br><br>Comcast<br>1255 West North Avenue<br>Chicago, IL 60622-1562 | - | | | 2013<br>Corporate Debt | X | X | X | 118.01 |
| Account No.<br><br>Credit Management<br>4200 International Pwy<br>Carrollton, TX 75007 | | | | Representing:<br>Comcast | | | | Notice Only |
| Account No. xxxxxxxxxxxx1161<br><br>Comcast<br>1255 West North Avenue<br>Chicago, IL 60622-1562 | - | | | 2013<br>Corporate Debt | X | X | X | 446.75 |
| Account No. xxxxxx2067<br><br>ComEd Co<br>Attn:Bankruptcy Section/Revenue Manage<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559 | - | | | 2013<br>Corporate Debt | X | X | X | 442.28 |
| Account No. xxxx-xxxx-xxxx-8054<br><br>Corporate Payments Systems<br>PO Box 6343<br>Fargo, ND 58125 | - | | | 2013<br>Corporate Debt | X | X | X | 148,399.38 |

Sheet no. _7_ of _25_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            149,406.42

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                    Case No. _____
         Kristin S Smith

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Corry Grey Productions <br> 6517 Marble Lane <br> Carpentersville, IL 60110 | | - | | 2013 <br> Corporate Debt | X | X | X | 4,500.00 |
| Account No. <br><br> CrossPoint Church <br> 11995 Montwood Drive <br> El Paso, TX 79936 | | - | | 2013 <br> Corporate Debt | X | X | X | 17,670.00 |
| Account No.  xx1395 <br><br> DA-LITE/Milestone Av <br> 3100 North Detroit Street <br> PO Box 137 <br> Warsaw, IN 46581 | | - | | 2012 <br> Corporate Debt | X | X | X | 87,341.66 |
| Account No. <br><br> Commercial Collectors, Inc. <br> PO Box 337 <br> Montrose, MN 55363 | | | | Representing: <br> DA-LITE/Milestone Av | | | | Notice Only |
| Account No. <br><br> Delta Stage Lighting <br> 10 Culvert St <br> Nashville, TN 37210 | | - | | 2013 <br> Corporate Debt | X | X | X | 7,516.46 |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     117,028.12

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                      Case No. _____
        Kristin S Smith
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5626 | | | | 2013 and prior years Corporate Debt | | | | |
| Eiki International 30251 Esperanza Rancho Santa Margarita, CA 92688 | - | | | | X | X | X | |
| | | | | | | | | 120,008.47 |
| Account No. | | | | | | | | |
| Caine & Weiner PO Box 5010 Woodland Hills, CA 91365 | | | | Representing: Eiki International | | | | Notice Only |
| Account No. | | | | 2013 Corporate Debt | | | | |
| Fastenal North Central Region 205 South Main Street Canton, MN 55922 | - | | | | X | X | X | |
| | | | | | | | | 3,474.25 |
| Account No. | | | | | | | | |
| Blitt & Gaines, P.C. 661 Glenn Avenue Wheeling, IL 60090 | | | | Representing: Fastenal North Central Region | | | | Notice Only |
| Account No. | | | | | | | | |
| Rauch-Milliken International, Inc. PO Box 8390 Metairie, LA 70011-8390 | | | | Representing: Fastenal North Central Region | | | | Notice Only |

Sheet no. __9__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    123,482.72

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Bruce D Smith, Jr.,
       Kristin S Smith
                                             ,
                                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-x530-9 <br><br> Federal Express Corporation <br> PO Box 94515 <br> Palatine, IL 60094 | - | | 2013 <br> Corporate Debt | X | X | X | 191.75 |
| Account No. <br><br> Fedex Revenue Recovery Dept. <br> PO Box 94515 <br> Palatine, IL 60094 | | | Representing: <br> Federal Express Corporation | | | | Notice Only |
| Account No. <br><br> North Shore Agency <br> 9525 Sweet Valley Drive, Building A <br> Valley View, OH 44125 | | | Representing: <br> Federal Express Corporation | | | | Notice Only |
| Account No. <br><br> First Presbyterian Church <br> 508 Franklin Avenue <br> Grand Haven, MI 49417 | - | | 2013 <br> Corporate Debt | X | X | X | 3,117.59 |
| Account No. xxx4672 <br><br> Flat Iron Capital <br> 1700 Lincoln Street, 12th Floor <br> Denver, CO 80203 | - | | 2013 <br> Corporate Debt | X | X | X | 162.43 |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,471.77

B6F (Official Form 6F) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                        Case No. _____
        Kristin S Smith

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | 2012 Guaranty of Corporate Debt | | | | |
| Full Compass Systems, Ltd 9770 Silicon Prairie Parkway Madison, WI 53593 | X | H | | X | X | X | 47,807.50 |
| Account No. | | | Representing: Full Compass Systems, Ltd | | | | Notice Only |
| Godfrey Kahn SC One East Main Street, Suite 500 Madison, WI 53701 | | | | | | | |
| Account No. xx8619 | | J | Services | | | | |
| Groot Industries PO Box 92107 Elk Grove Village, IL 60009 | | | | | | | 212.65 |
| Account No. xx7991 | | - | 2013 Corporate Debt | | | | |
| Groot Industries, Inc. PO Box 92317 Elk Grove Village, IL 60009 | | | | X | X | X | 110.52 |
| Account No. | | - | 2013 and prior year Corporate Debt | | | | |
| GTK Consulting, Inc. 2589 Ashbrooke Drive Lexington, KY 40513 | | | | X | X | X | 20,675.22 |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                68,805.89

B6F (Official Form 6F) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                                    Case No. _____
         Kristin S Smith
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Harman Pro Group<br>8500 Balboa Blvd<br>Northridge, CA 91329 | - | | 2012<br>Corporate Debt | X | X | X | 42,447.42 |
| Account No.<br><br>Blackwell, Burns & Pratt<br>13601 Preston Road, Suite 770E<br>Dallas, TX 75240 | | | Representing:<br>Harman Pro Group | | | | Notice Only |
| Account No. xxxxxxxxxxxx5734<br><br>Home Depot Credit Services<br>P.O. Box 790340<br>Saint Louis, MO 63179 | - | | 2013 and prior year<br>Corporate Debt | X | X | X | 6,264.34 |
| Account No. xxxx2298<br><br>Jeffrey Huhman<br>270 W. Village Lake Dr.<br>Derby, KS 67037 | - | | 2012-2013<br>Corporate Debt | X | X | X | 7,835.10 |
| Account No.<br><br>Illinois Department of Labor<br>160 North LaSalle Street<br>Suite C-1300<br>Chicago, IL 60601-3150 | | | Representing:<br>Jeffrey Huhman | | | | Notice Only |

Sheet no. __12__ of __25__ sheets attached to Schedule of                         Subtotal         56,546.86
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                          Case No. _____
        Kristin S Smith
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx4011, xxxxxx6632, xxx7444 | | | Tollway Violations | | | | |
| Illinois Tollway<br>P.O. Box 5201<br>Lisle, IL 60532 | | J | | | | X | 363.90 |
| Account No. | | | | | | | |
| NCO Financial Systems, Inc.<br>7595 Montevideo Road, Suite 110<br>Jessup, MD 20794 | | | Representing:<br>Illinois Tollway | | | | Notice Only |
| Account No. xxxxxxxxxxxxxx2001 | | | 2012 and prior years<br>Corporate Debt | | | | |
| JP Morgan Chase Bank<br>PO Box 183164<br>Columbus, OH 43218 | | - | | X | X | X | 4,093.45 |
| Account No. xxx-xxx-xxxxxxxx2001 | | | 2013 and prior years<br>Corporate Debt | | | | |
| JP Morgan Chase Bank, NA<br>PO Box 29550<br>Phoenix, AZ 85038-9550 | | - | | X | X | X | 4,093.45 |
| Account No. | | | 2013 and prior years<br>Corporate Debt | | | | |
| Leprecon, LLC<br>PO Box 218<br>Hamburg, MI 48139 | | - | | X | X | X | 23,446.24 |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                31,997.04

B6F (Official Form 6F) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                          Case No. _____
        Kristin S Smith

_____,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | Representing: | | | | |
| Commercial Receivers, Inc. PO Box 3180 Glen Allen, VA 23058 | | | | | Leprecon, LLC | | | | Notice Only |
| **Account No. xxxxx5652** | | | | | 2013 Listed for Notice Purposes | | | | |
| Liberty Mutual 1333 Main Street, Suite 600 Columbia, SC 29201 | | - | | | | X | X | X | 0.00 |
| **Account No. xx1857** | | | | | 2013 Corporate Debt | | | | |
| Line 6, Inc. 26580 Agoura Rd Calabasas, CA 91302 | | | | | | X | X | X | 2,214.46 |
| **Account No. xxxxx-xxxxxx0952** | | | | | 2013 Corporate Debt | | | | |
| LL Bradford CPA 8880 West Sunset Road, 3rd Floor Las Vegas, NV 89148 | | - | | | | X | X | X | 18,750.00 |
| **Account No.** | | | | | Representing: | | | | |
| Transworld Systems, Inc. PO Box 17221 Wilmington, DE 19850 | | | | | LL Bradford CPA | | | | Notice Only |

| | |
|---|---|
| Sheet no. __14__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   20,964.46 |

B6F (Official Form 6F) (12/07) - Cont.

In re  Bruce D Smith, Jr.,  Case No. _____
       Kristin S Smith
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx3453<br><br>Loud Technologies, Inc.<br>16220 Wood-Red Road NE<br>Woodinville, WA 98072 | - | | 2013<br>Corporate Debt | X | X | X | 2,213.09 |
| Account No. xx9616<br><br>Mega Systems, Inc.<br>5718 Kenwick St.<br>San Antonio, TX 78238 | - | | 2013<br>Corporate Debt | X | X | X | 18,217.44 |
| Account No.<br><br>JSD Management, Inc.<br>1283 College Park Dr.<br>Dover, DE 19904 | | | Representing:<br>Mega Systems, Inc. | | | | Notice Only |
| Account No. xxE404<br><br>Miller Camera Support, LLC<br>216 Little Falls Road, #15&16<br>Cedar Grove, NJ 07009 | - | | 2012<br>Corporate Debt | X | X | X | 3,235.35 |
| Account No. xxxxAI4G<br><br>Mutual of Omaha Companies<br>P.O. Box 2749<br>Omaha, NE 68103-2749 | - | | 2013<br>Corporate Debt | X | X | X | 489.67 |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  24,155.55

B6F (Official Form 6F) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                          Case No. _____
      Kristin S Smith

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2012 Corporate Debt | | | | |
| Nibecker & Associates, Inc. 475 S. Seaward Ave. Ventura, CA 93003 | - | | | | X | X | X | 29,430.00 |
| Account No. xxxxxx8969 | | | | 2013 Corporate Debt | | | | |
| Nicor Gas 1844 Ferry Road Naperville, IL 60563 | - | | | | X | X | X | 178.52 |
| Account No. | | | | Representing: Nicor Gas | | | | Notice Only |
| NCO Financial Systems, Inc. 7595 Montevideo Road, Suite 110 Jessup, MD 20794 | | | | | | | | |
| Account No. xx9PTS | | | | 2013 Services | | | | |
| Nicor Gas 1844 Ferry Road Naperville, IL 60563 | J | | | | | | | 350.60 |
| Account No. | | | | Representing: Nicor Gas | | | | Notice Only |
| NCO Financial Systems, Inc. 7595 Montevideo Road, Suite 110 Jessup, MD 20794 | | | | | | | | |

Sheet no. __16__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,959.12

B6F (Official Form 6F) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                         Case No. _____
        Kristin S Smith
_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. x0165 | | | Services | | | | | |
| Pest Point Control 1275 West Roosevelt Road Suite 118 West Chicago, IL 60185 | | J | | | | | | 109.73 |
| Account No. xx3082 | | - | 2012 Corporate Debt | | X | X | X | |
| Philips Entertainment - Vari-Lite 10911 Petal St. Dallas, TX 75238 | | | | | | | | 79,164.00 |
| Account No. x1173 | | - | 2012 Corporate Debt | | X | X | X | |
| Porte Brown CPA 845 Oakton Street Elk Grove Village, IL 60007 | | | | | | | | 1,780.00 |
| Account No. | | - | 2012 Corporate Debt | | X | X | X | |
| Production Media, Inc. 2501 Blue Ridge Road #250 Raleigh, NC 27607 | | | | | | | | 2,200.00 |
| Account No. | | | Representing: Production Media, Inc. | | | | | |
| Transworld Systems, Inc. PO Box 17221 Wilmington, DE 19850 | | | | | | | | Notice Only |

Sheet no. __17__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           83,253.73

B6F (Official Form 6F) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                                    Case No. _____
         Kristin S Smith
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx5779 | | | | 2013 Corporate Debt | | | | |
| Quill.com 100 Schelter Rd. Lincolnshire, IL 60069 | - | | | | X | X | X | |
| | | | | | | | | 354.88 |
| Account No. | | | | Representing: Quill.com | | | | |
| Receivable Management Services 4836 Brecksville Road PO Box 523 Richfield, OH 44286 | | | | | | | | Notice Only |
| Account No. x2102 | | | | 2012 Corporate Debt | | | | |
| RGSE, Inc. 2720 Cochran St., Suite 8B Simi Valley, CA 93065 | - | | | | X | X | X | |
| | | | | | | | | 3,040.00 |
| Account No. xxxx-xx0201 | | | | 2013 Corporate Debt | | | | |
| Riedel Communications, Inc. 2508 N. Ontario Street Burbank, CA 91504 | - | | | | X | X | X | |
| | | | | | | | | 3,607.42 |
| Account No. xxx2.001 | | | | 2013 Corporate Debt | | | | |
| Robinson Payne 2800 West Higgins Road Suite 160 Hoffman Estates, IL 60169 | - | | | | X | X | X | |
| | | | | | | | | 8,207.00 |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    15,209.30

B6F (Official Form 6F) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                         Case No. _____
         Kristin S Smith
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxE 100 <br><br> Roland Systems Group <br> PO Box 910921 <br> Los Angeles, CA 90091 | | - | | 2012 <br> Corporate Debt | X | X | X | 16,932.36 |
| Account No. <br><br> Vengroff, Williams & Associates, Inc. <br> P.O. Box 4155 <br> Sarasota, FL 34230-4155 | | | | Representing: <br> Roland Systems Group | | | | Notice Only |
| Account No. x8147 <br><br> Rose Brand <br> 4 Emerson Lane <br> Secaucus, NJ 07094 | | - | | 2013 <br> Corporate Debt | X | X | X | 3,050.96 |
| Account No. xxxx6241 <br><br> RS Means Co./Reed Contruction Data <br> 700 Longwater Dr. <br> Norwell, MA 02061 | | - | | 2012 <br> Corporate Debt | X | X | X | 559.90 |
| Account No. <br><br> Sam Loiacono d/b/a S & R Buildings <br> 28080 W. Commercial Avenue <br> Lake Barrington, IL 60010 | X | H | | 2013 <br> Judgment | | | | 10,515.50 |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               31,058.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                                    Case No. _____
          Kristin S Smith

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | | | | | |
| John W. Quinn PO Box 284 Grayslake, IL 60030 | | | | | Representing: Sam Loiacono d/b/a S & R Buildings | | | | Notice Only |
| Account No. x1143 | | | | | 2013 Corporate Debt | | | | |
| Shure 5800 W Touhy Niles, IL 60714 | | - | | | | X | X | X | 12,534.39 |
| Account No. | | | | | 2013 Corporate Debt | | | | |
| South Meridian Church of God, Inc. 2402 Meridian Street Anderson, IN 46016 | | - | | | | X | X | X | 41,446.53 |
| Account No. | | | | | | | | | |
| Hulse, Lacey, Hardacre, Austin 911 Meridian Street PO Box 1448 Anderson, IN 46015 | | | | | Representing: South Meridian Church of God, Inc. | | | | Notice Only |
| Account No. 5508 | | | | | 2012 Corporate Debt | | | | |
| Starin PO Box 660402 Indianapolis, IN 46266 | | - | | | | X | X | X | 153,007.84 |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          206,988.76

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Bruce D Smith, Jr.,                                           Case No. _____
       Kristin S Smith
_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xx5191 | | | | 2012 Corporate Debt | | | | |
| Synnex Technology, Inc. 44201 Nobel Drive Fremont, CA 94538 | - | | | | X | X | X | 63,999.27 |
| Account No. | | | | | | | | |
| CCC of New York 34 Seymour St. Tonawanda, NY 14150 | | | | Representing: Synnex Technology, Inc. | | | | Notice Only |
| Account No. | | | | | | | | |
| Ingold Law 5672 Main Street Williamsville, NY 14221 | | | | Representing: Synnex Technology, Inc. | | | | Notice Only |
| Account No. xxxxxx3155 | | | | 2013 Corporate Debt | | | | |
| Technology Insurance Company 5800 Lombardo Center Cleveland, OH 44131 | - | | | | X | X | X | 6,139.00 |
| Account No. | | | | | | | | |
| MB&W The MB&W Building 26000 Cannon Rd. Cleveland, OH 44146 | | | | Representing: Technology Insurance Company | | | | Notice Only |

Sheet no. _21_ of _25_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    70,138.27

B6F (Official Form 6F) (12/07) - Cont.

In re    Bruce D Smith, Jr.,                                          Case No. _____
         Kristin S Smith
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 2012 Corporate Debt | | | | |
| The Crossing Church 222 Laurel Ave Livingston, NJ 07039 | | | | | X | X | X | Unknown |
| Account No. xxx2996 | X | - | | 2013 Corporate Debt | | | | |
| United Rentals 6125 Lakeview Road, Suite 300 Charlotte, NC 28269 | | | | | X | X | X | 8,631.97 |
| Account No. xxxxxx7R32 | | - | | 2012 Corporate Debt | | | | |
| UPS P.O. Box 25084 Lehigh Valley, PA 18002 | | | | | X | X | X | 467.87 |
| Account No. | | | | Representing: UPS | | | | Notice Only |
| UPS 4836 Brecksville Rd. Richfield, OH 44286 | | | | | | | | |
| Account No. | | - | | 2012 Corporate Debt | | | | |
| UPS Store 117 South Cook Street Barrington, IL 60010 | | | | | X | X | X | 1,068.66 |

Sheet no. __22__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,168.50

B6F (Official Form 6F) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                                    Case No. _____
        Kristin S Smith

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | J C | | | | | |
| Account No. <br><br> US Bank <br> Attn: Bankruptcy Notice <br> 800 Nicollet Mall <br> Minneapolis, MN 55402 | | - | | Corporate Debt | | | | Unknown |
| Account No. xxx2444 <br><br> Video Equipment Rentals <br> 912 Ruberta Avenue <br> Glendale, CA 91201 | X | J | | 2012 <br> Guaranty of Corporate Debt | | | X | 3,396.72 |
| Account No. <br><br> The Cascade Affiliates, Inc. <br> 13700 Foothill Bl. #922982 <br> Rancho Cascades, CA 91392 | | | | Representing: <br> Video Equipment Rentals | | | | Notice Only |
| Account No. xxxxxx2628 <br><br> Village of Barrington <br> 400 N Northwest Hwy <br> Barrington, IL 60010 | | J | | Municipal Violations | | | X | 75.00 |
| Account No. xx3095 <br><br> Village of Rosemont <br> 9501 W. Devon Ave <br> Rosemont, IL 60018 | | J | | Ticket | | | X | 200.00 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               3,671.72

B6F (Official Form 6F) (12/07) - Cont.

In re   Bruce D Smith, Jr.,                                          Case No. _____
        Kristin S Smith

_____,
                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| **Account No.** | | | | | | | | | |
| Northwest Collectors, Inc. 3601 Algonquinn Road Suite 232 Rolling Meadows, IL 60008-3104 | | | | | Representing: Village of Rosemont | | | | Notice Only |
| **Account No.** xxxxx8166 | | | | | 2012 Corporate Debt | | | | |
| W.W. Grainger, Inc. 14441 Illinois 60 Lake Forest, IL 60045 | - | | | | | X | X | X | 1,028.74 |
| **Account No.** | | | | | | | | | |
| Wholesale Collectors Associations P.O. Box 48146 Niles, IL 60714 | | | | | Representing: W.W. Grainger, Inc. | | | | Notice Only |
| **Account No.** xxx8096 | | | | | 2012 Corporate Debt | | | | |
| Waterford Place Apartments | - | | | | | X | X | X | 2,802.36 |
| **Account No.** | | | | | | | | | |
| FCO 12304 Baltimore Ave., #E Beltsville, MD 20705 | | | | | Representing: Waterford Place Apartments | | | | Notice Only |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        3,831.10

B6F (Official Form 6F) (12/07) - Cont.

In re  Bruce D Smith, Jr.,                                              Case No. _____
        Kristin S Smith

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xx0518 Yamaha Commercial Audio Systems 23391 Network Place Chicago, IL 60673 | X | J | | 2013 Guaranty of Corporate Debt | X | X | X | 148,148.10 |
| Account No. Jonathan Neil & Associates, Inc. 18321 Ventura Blvd., Suite 1000 Tarzana, CA 91356 | | | | Representing: Yamaha Commercial Audio Systems | | | | Notice Only |
| Account No. Teller Levit & Silvertrust, P.C. 19 South LaSalle Street Suite 701 Chicago, IL 60603 | | | | Representing: Yamaha Commercial Audio Systems | | | | Notice Only |
| Account No. Yamaha Commercial Audio 6600 Orangethorpe Ave Buena Park, CA 90620 | | | | Representing: Yamaha Commercial Audio Systems | | | | Notice Only |
| Account No. | | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 148,148.10 |
| Total (Report on Summary of Schedules) | | 1,524,574.03 |

B6G (Official Form 6G) (12/07)

.

In re    Bruce D Smith, Jr.,                                              Case No. _____
         Kristin S Smith
_____,
                            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| BMW Financial Services Customer Service Center PO Box 3608 Dublin, OH 43016-8066 | Lease for Mini Cooper - ending 12/2014 |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    Bruce D Smith, Jr.,                                                    Case No. _____
         Kristin S Smith
_____,
                            Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Church Solutions Group, Inc.<br>28W066 Commercial Ave, Unit 2<br>Barrington, IL 60010 | Barrington Bank and Trust Company<br>201 South Hough Street<br>Barrington, IL 60010 |
| Church Solutions Group, Inc.<br>28W066 Commercial Ave, Unit 2<br>Barrington, IL 60010 | Sam Loiacono d/b/a S & R Buildings<br>28080 W. Commercial Avenue<br>Lake Barrington, IL 60010 |
| Church Solutions Group, Inc.<br>28W066 Commercial Ave, Unit 2<br>Barrington, IL 60010 | Full Compass Systems, Ltd<br>9770 Silicon Prairie Parkway<br>Madison, WI 53593 |
| Church Solutions Group, Inc.<br>28W066 Commercial Ave, Unit 2<br>Barrington, IL 60010 | Video Equipment Rentals<br>912 Ruberta Avenue<br>Glendale, CA 91201 |
| Church Solutions Group, Inc.<br>28W066 Commercial Ave, Unit 2<br>Barrington, IL 60010 | Yamaha Commercial Audio Systems<br>23391 Network Place<br>Chicago, IL 60673 |
| Church Solutions Group, Inc.<br>28W066 Commercial Ave, Unit 2<br>Barrington, IL 60010 | Bonanza Property Group LLC<br>303 N Northwest Highway, Suite 201<br>Barrington, IL 60010 |
| Jeff Vandergiessen | Video Equipment Rentals<br>912 Ruberta Avenue<br>Glendale, CA 91201 |
| Sherri Meyer<br>2911 North Western<br>Chicago, IL 60618 | United Rentals<br>6125 Lakeview Road, Suite 300<br>Charlotte, NC 28269 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   Bruce D Smith, Jr.
Kristin S Smith                                      Case No. _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Daughter<br>Son<br>Son | AGE(S):<br>10<br>14<br>17<br>6 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Church Consulting | Church Consulting |
| Name of Employer | Self Employed - ClarityOrg | Self Employed - ClarityOrg |
| How long employed | 3 months | 3 months |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $   12,000.00 | $   0.00 |
| 2. Estimate monthly overtime | $   0.00 | $   0.00 |
| 3. SUBTOTAL | $   12,000.00 | $   0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $   1,500.00 | $   0.00 |
| b.  Insurance | $   0.00 | $   0.00 |
| c.  Union dues | $   0.00 | $   0.00 |
| d.  Other (Specify): | $   0.00 | $   0.00 |
| | $   0.00 | $   0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $   1,500.00 | $   0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $   10,500.00 | $   0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $   0.00 | $   0.00 |
| 8. Income from real property | $   0.00 | $   0.00 |
| 9. Interest and dividends | $   0.00 | $   0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $   0.00 | $   0.00 |
| 11. Social security or government assistance (Specify): | $   0.00 | $   0.00 |
| | $   0.00 | $   0.00 |
| 12. Pension or retirement income | $   0.00 | $   0.00 |
| 13. Other monthly income (Specify): | $   0.00 | $   0.00 |
| | $   0.00 | $   0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $   0.00 | $   0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $   10,500.00 | $   0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $        10,500.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
*Debtors' income is based on available consulting work and fluctuates monthly; stated income is based on average income for prior three months of new business and projected amounts to be paid for self-employment taxes

B6J (Official Form 6J) (12/07)

In re    Bruce D Smith, Jr.
     Kristin S Smith                               Case No. _____

                                  Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

       Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,071.00 |
|    a. Are real estate taxes included?      Yes _X_     No ___ | | |
|    b. Is property insurance included?     Yes _X_     No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 750.00 |
|                b. Water and sewer | $ | 0.00 |
|                c. Telephone | $ | 0.00 |
|                d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 102.00 |
| 4. Food | $ | 1,500.00 |
| 5. Clothing | $ | 602.00 |
| 6. Laundry and dry cleaning | $ | 300.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 430.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                a. Homeowner's or renter's | $ | 0.00 |
|                b. Life | $ | 0.00 |
|                c. Health | $ | 966.65 |
|                d. Auto | $ | 343.00 |
|                e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)    Non-Dischargeable Income Taxes | $ | 750.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                a. Auto | $ | 677.43 |
|                b. Other    Honda Finance - Accord Payment | $ | 580.37 |
|                c. Other    Honda Finance - Pilot Payment | $ | 803.04 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other    Children's Eductional Expenses | $ | 300.00 |
|      Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,475.49 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| **20. STATEMENT OF MONTHLY NET INCOME** | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 10,500.00 |
| b.    Average monthly expenses from Line 18 above | $ | 10,475.49 |
| c.    Monthly net income (a. minus b.) | $ | 24.51 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bruce D Smith, Jr.
      Kristin S Smith

                                      Debtor(s)

Case No. _____

Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   45  
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October 4, 2013             Signature    /s/ Bruce D Smith, Jr.
                                                      Bruce D Smith, Jr.
                                                      Debtor

Date   October 4, 2013             Signature    /s/ Kristin S Smith
                                                      Kristin S Smith
                                                      Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bruce D Smith, Jr.                          Case No.
        Kristin S Smith

                                       Debtor(s)             Chapter      7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $211,171.00 | 2011: Wages - $211,171.00 (joint) |
| $191,666.72 | 2012: Wages - $95,833.36 (H); $95,833.36 (W) |
| unknown | 2013: Investigation Continuing |

B7 (Official Form 7) (04/13)                                                                                            2

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $181,942.00 | 2011:  Gross Rental Income - $48,000.00; Capital Gains on Church Solutions Group - $133,942 |
| unknown | 2012: Investigation Continuing |
| unknown | 2013: Investigation Continuing |

---

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sam Loiacano d/b/a S & R Building v. Churchs Solutions Group, Inc., et. al., Case No. 13 SC 2944 | Forcible Eviction and Detainer | Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois | Judgment |
| Yamaha Commercial Audio v. Bruce D Smith, et. al., Case No. 2013 L 6993 | Contract | Circuit Court of Cook County, Chicago, Illinois | Pending |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                       3

None 
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None 
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None 
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None 
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None 
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                              4

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gregory K. Stern, P.C. 53 West Jackson Boulevard Suite 1442 Chicago, IL 60604 | 8/22/2013 | $4000.00 |

---

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Marcus Lawler<br><br>Craigslist Purchaser | 5/2013 | Leather Sectional - $1,750.00 |
| Jim Reiser<br><br>Craigslist Purchaser | 5/2013 | Mattress - $125.00 |
| Frank Russo<br><br>Craigslist Purchaser | 5/2013 | Foosball Table - $375.00 |
| Cathy Bateman<br><br>Craigslist Purchaser | 5/2013 | Coffee Table - $100.00 |
| Houston Cofield<br><br>Craigslist Purchaser | 5/2013 | Dresser - $60.00 |
| Mark<br><br>Craigslist Purchaser | 5/2013 | Ottoman - $100.00 |
| Sue Lamson<br><br>Mother | 5/2013 | Persian Rug - $2000.00 |
| Jenny Picciano<br><br>Craigslist Purchaser | 5/2013 | Dresser, Desk, Dining Table, Side Table, Chair - $1300.00 |
| JC Kollman<br><br>Craigslist Purchaser | 5/2013 | Sectional - $950.00 |
| Lisa Sauvageau<br><br>Craigslist Purchaser | 5/2013 | Console, 2 Barstools, Bed - $400.00 |
| Ruth Crisler<br><br>Craigslist Purchaser | 5/2013 | High Top Table - $650.00 |

B7 (Official Form 7) (04/13)                                                                                                5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Mamie Yee | 5/2013 | Bookcase, Media Stand - $400.00 |
| Craigslist Purchaser | | |
| Alicia Aydt | 5/2013 | Coffee Table - $400.00 |
| Craigslist Purchaser | | |
| Carmella Galas | 5/2013 | Sofa - $140.00 |
| Craigslist Purchaser | | |
| Fawn Lee | 5/2013 | Buffet - $600.00 |
| Craigslist Purchaser | | |
| Maggie Malone | 5/2013 | 3 Chairs - $300.00 |
| Craigslist Purchaser | | |
| Liya Wu | 5/2013 | 4 Chairs - $400.00 |
| Craigslist Purchaser | | |
| Chrisine Knierem | 5/2013 | 2 Lamps - $80.00 |
| Craigslist Purchaser | | |
| Justin Sailer | 5/2013 | Table, 4 Chairs - $400.00 |
| Craigslist Purchaser | | |
| Stuart Benson | 5/2013 | 2 Chairs - $375.00 |
| Craigslist Purchaser | | |
| Christine Hague Birch | 5/2013 | Dining Table, 2 Lamps, Fireplace Screen - $1,600.00 |
| Craigslist Purchaser | | |
| Miller & Co. 123 West Main Street Barrington, IL 60010 None | 5/2012 | 1 Platinum Ring and 3 Gold Rings - $1,800.00 |
| American Music & Sound None | 5/2013 | Baby Grand Piano - $4,000.00 (payment pending) |
| Barrington Bank and Trust Company 201 South Hough Street Barrington, IL 60010 None | 12/28/2012 | 1005 South Hough Street, Barrington, Illinois - transferred as consideration for forbearance agreement and additional security for prior loan |

None
☒   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    6

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Chase<br>PO Box 659732<br>San Antonio, TX 78265 | Checking Acccount no. ending 1864 - $0.00 | $0.00 - 8/2013 (closed by institution) |
| Chase<br>340 S. Cleveland Ave., Bldg. 370<br>Westerville, OH 43081 | Corporate Checking Account no. ending 1772 - $0.00 | $0.00 - 8/2013 (closed by institution) |
| Barrington Bank and Trust Company<br>201 South Hough Street<br>Barrington, IL 60010 | Savings Account no. ending 5839 - $0.00 | $0.00 - 6/1/2013 |
| Barrington Bank and Trust Company<br>201 South Hough Street<br>Barrington, IL 60010 | Corporate Checking Accounts - Debtors Authorized Signers Only | $0.00 - 6/1/2013 (accounts setoff by lender for corporate debts) |

**12.  Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 635 South Summit, Barrington, Illinois | Debtors' | 1/2010 - 10/2012 |
| 208 Spring Creek Road, Barrington Hills | Debtors' | 10-2012-5/2013 |

B7 (Official Form 7) (04/13)                                                                                                    7

**16. Spouses and Former Spouses**


None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)                                                                                                    8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---------------------------------------------|---------|--------------------|---------------------------|
| Church Solutions Group, Inc. | 20-3641536 | 28W066 Commercial Avenue, Suite 2 Barrington, IL 60010 | Church Audio/Visual a/k/a Create Seventy-Seven a/k/a Church Production Group | 9/2005 - present |
| ClarityOrg | -4668 | 1005 South Hough Street Barrington, IL 60010 | Church Consulting | 7/2013 - present |

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| Porte Brown LLC 845 Oakton Street Elk Grove Village, IL 60007 | 2011 |
| LL Bradford CPA 8880 West Sunset Road, 3rd Floor Las Vegas, NV 89148 | 2012 |

None ☒   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ☒   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Barrington Bank and Trust Company 201 South Hough Street Barrington, IL 60010 | 7/19/2012 |

B7 (Official Form 7) (04/13)                                                                                                          9

---

**20. Inventories**

None
☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

---

**22 . Former partners, officers, directors and shareholders**

None
☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None
☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None
☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

B7 (Official Form 7) (04/13)

\* \* \* \* \* \*

B7 (Official Form 7) (04/13)                                                                                                                11

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    October 10, 2013                                   Signature    _____
                                                                        Bruce D Smith, Jr.
                                                                        Debtor


Date    October 10, 2013                                   Signature    _____
                                                                        Kristin S Smith
                                                                        Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bruce D Smith, Jr.
       Kristin S Smith                      Case No. _____

                      Debtor(s)     Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Barrington Bank and Trust Company | **Describe Property Securing Debt:** <br> 1005 South Hough Street, Barrington, Illinois - Single Family Residence |
| --- | --- |

Property will be (check one):
     ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ■ Other.  Explain __Reaffirm Debt For Value of Collateral__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                 ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Green Tree | **Describe Property Securing Debt:** <br> 1005 South Hough Street, Barrington, Illinois - Single Family Residence |
| --- | --- |

Property will be (check one):
     ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt                 ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                               Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Honda Finance | **Describe Property Securing Debt:**<br>2013 Honda Pilot |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Honda Financial | **Describe Property Securing Debt:**<br>2013 Honda Accord |

Property will be (check one):
☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>BMW Financial Services | **Describe Leased Property:**<br>Lease for Mini Cooper - ending 12/2014 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  October 4, 2013 _____          Signature  /s/ Bruce D Smith, Jr. _____
                                                                    Bruce D Smith, Jr.
                                                                    Debtor

Date  October 4, 2013 _____          Signature  /s/ Kristin S Smith _____
                                                                    Kristin S Smith
                                                                    Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  Bruce D Smith, Jr.
       Kristin S Smith

Case No. _____

Debtor(s)

Chapter  7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 4,000.00 |
| Prior to the filing of this statement I have received | $ 4,000.00 |
| Balance Due | $ 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
      Negotiating, preparing and filing reaffirmation and redemption agreements with secured creditors, exemption planning, motions and applications as needed including motions to avoid judicial and non purchase money non possessory liens

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of debtor(s) in any motion to dismiss for abuse, dischargability actions, objection to discharge and any other adversary proceeding. Services rendered after entry of the discharge order in asserting discharge.

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   October 4, 2013

/s/ Gregory K. Stern
Gregory K. Stern 6183380
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558  Fax: (312) 427-1289

---

## ATTORNEY CLIENT AGREEMENT

THIS AGREEMENT, made on August 7, 2013, is hereby entered into between Bruce D. Smith, and Kristin S. Smith (the "Clients") 1005 Hough Street, Barrington, Illinois, Cook County, and Gregory K. Stern, P.C. (the "Attorneys"), 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois.

1. The Clients have agreed to pay the Attorneys a fee for professional services rendered pursuant to paragraph 2 hereof. The fee shall be based and calculated on the Attorneys' standard hourly rates as in effect from time to time. At present the hourly rates are as follows: $450.00 for services provided by Gregory K. Stern, $425.00 for services provided by Monica C. O'Brien, $325.00 for services provided by Christina M. Riepel and $225.00 for services provided by Rachel D. Stern. The Clients agree to tender a non-refundable advance payment minimum fee of $4,000.00 which will be tendered upon execution of this agreement and that the Attorneys accept on the conditions herein enumerated and for deposit into their general operating account. In the event that there are balances owing to the Attorneys for professional services in excess of the non-refundable advance payment minimum fee, then the Attorneys shall bill the Clients and the Clients shall pay said bill within seven (7) days of receipt thereof.

2. The fee represents compensation for professional services, which include, but are not limited to: meetings with the Clients; analyzing case for filing under Chapter 7 or 13; reviewing assets, liabilities, loan and other documentation, preparation of Petition, Schedules, Statement of Financial Affairs, Chapter 7 Individual Debtor's Statement of Intention, Statement of Social Security Number(s), Notice To Individual Consumer Debtor Under §342(b), Statement of Current Monthly Income and Means Test Calculation, Declaration Regarding Electronic Filing and Certificate of Counseling and miscellaneous documents; negotiating reaffirmation and redemption agreements; drafting/presenting motion(s) to avoid non-purchase money lien, representation at meeting of creditors, in any adversary proceeding, in a motion to dismiss pursuant to §707 for "abuse", in any investigation of assets, liabilities, books and records conducted by the United States Trustee, after entry of the "Discharge Order" in enforcing the discharge against creditor including taxing authorities contesting discharge of tax indebtedness; and, maintenance of the Clients' file with regard to the Chapter 7.

3. The fee does not include reasonable costs and expenses, which include but are not limited to filing fees, court costs, copying, postage, Westlaw expenses, filing fee of $306.00, credit counseling certification fee of $49.00, pre-discharge financial management course fee of $19.00 each, or credit report fees, which costs, if advanced by the Attorney, shall be reimbursed to the Attorneys by the Clients.

4. Any modification of this Agreement is void unless it is in writing and is signed by both parties.

_____          _____
Bruce D. Smith                                              Kristin S. Smith


_____
Gregory K. Stern, Attorney

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re     Bruce D Smith, Jr.
          Kristin S Smith                                          Case No.
                                        Debtor(s)                 Chapter     7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Bruce D Smith, Jr.
Kristin S Smith                                  X  /s/ Bruce D Smith, Jr.          October 4, 2013
Printed Name(s) of Debtor(s)                        Signature of Debtor             Date

Case No. (if known) _____             X  /s/ Kristin S Smith             October 4, 2013
                                                    Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bruce D Smith, Jr.
     Kristin S Smith
                                            Debtor(s)

Case No.
Chapter   7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    148

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   October 4, 2013            /s/ Bruce D Smith, Jr.
                                    Bruce D Smith, Jr.
                                    Signature of Debtor

Date:   October 4, 2013            /s/ Kristin S Smith
                                    Kristin S Smith
                                    Signature of Debtor

A.C. Lighting Inc.
435 Horner Avenue, Unit 1
TORONTO, ONTARIO M8W 4W3


Accountemps
21925 Field Parkway, Suite 100
Barrington, IL 60010


Advocate Good Shepard
450 West Highway 22
Barrington, IL 60010


Aja Video Systems, Inc.
180 Litton Drive
Grass Valley, CA 95945


Allegra Marketing
859 Oakton Street
Elk Grove Village, IL 60007


ALMO
2709 Commerce Way
Philadelphia, PA 19154


American Music and Sound
22020 Clarendon St., Suite 305
Woodland Hills, CA 91367


Amtrust North America
PO Box 318004
Cleveland, OH 44131


AmTrust North America
PO Box 6939
Cleveland, OH 44101


AT&T
PO Box 1809
Paramus, NJ 07653


Audix
PO Box 4010
Wilsonville, OR 97070

Avid Technology
101 South First Street, Suite 200
Burbank, CA 91502


Aviom, Inc.
1157 Phoenixville Pike, Suite 201
West Chester, PA 19380


Barco, Inc.
Duluth, GA 30097


Barrington Bank and Trust Company
201 South Hough Street
Barrington, IL 60010


Barrington Children and Teens
27401 Illinois 22
Barrington, IL 60010


Bethel Church
10202 Broadway
Crown Point, IN 46307


Blackwell, Burns & Pratt
13601 Preston Road, Suite 770E
Dallas, TX 75240


Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090


BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH 43016-8066


BMW Financial Services
Attn: Bankruptcy Dept.
550 Britton Pkwy
Hilliard, OH 43026


Bonanza Property Group LLC
303 N Northwest Highway, Suite 201
Barrington, IL 60010

Caine & Weiner
338 Harris Hill Rd
Buffalo, NY 14221


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


CCC of New York
34 Seymour St.
Tonawanda, NY 14150


Charter Oak United Methodist Church
449 Frye Farm Road
Greensburg, PA 15601


Chase
PO Box 659732
San Antonio, TX 78265


Chase
340 S. Cleveland Ave., Bldg. 370
Westerville, OH 43081


Chase Paymentech
4 Northeastern Blvd
Salem, NH 03079


Chuhak & Tecson, PC
30 South Wacker Drive
Suite 2600
Chicago, IL 60606-7413


City of Chicago
Department of Revenue
P.O. Box 88292
Chicago, IL 60680-1292


Clarke Wire & Cable Co, Inc.
408 Washington Blvd.
Mundelein, IL 60060


Comcast
1255 West North Avenue
Chicago, IL 60622-1562

ComEd Co
Attn:Bankruptcy Section/Revenue Manage
2100 Swift Drive
Oak Brook, IL 60523-1559


Commercial Collectors, Inc.
PO Box 337
Montrose, MN 55363


Commercial Receivers, Inc.
PO Box 3180
Glen Allen, VA 23058


Corporate Payments Systems
PO Box 6343
Fargo, ND 58125


Corry Grey Productions
6517 Marble Lane
Carpentersville, IL 60110


Credit Management
4200 International Pwy
Carrolton, TX 75007


CrossPoint Church
11995 Montwood Drive
El Paso, TX 79936


DA-LITE/Milestone Av
3100 North Detroit Street
PO Box 137
Warsaw, IN 46581


Delta Stage Lighting
10 Culvert St
Nashville, TN 37210


Dept. of Labor & Industries
PO Box 44171
Olympia, WA 98504


Eiki International
30251 Esperanza
Rancho Santa Margarita, CA 92688

Euler Hermes
600 South 7th Street
Louisville, KY 40203


Fastenal North Central Region
205 South Main Street
Canton, MN 55922


FCO
12304 Baltimore Ave., #E
Beltsville, MD 20705


Federal Express Corporation
PO Box 94515
Palatine, IL 60094


Fedex Revenue Recovery Dept.
PO Box 94515
Palatine, IL 60094


First Presbyterian Church
508 Franklin Avenue
Grand Haven, MI 49417


Flat Iron Capital
1700 Lincoln Street, 12th Floor
Denver, CO 80203


Full Compass Systems, Ltd
9770 Silicon Prairie Parkway
Madison, WI 53593


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Godfrey Kahn SC
One East Main Street, Suite 500
Madison, WI 53701


Green Tree
PO Box Box 6172
Rapid City, SD 57709

Groot Industries
PO Box 92107
Elk Grove Village, IL 60009


Groot Industries, Inc.
PO Box 92317
Elk Grove Village, IL 60009


GTK Consulting, Inc.
2589 Ashbrooke Drive
Lexington, KY 40513


Harman Pro Group
8500 Balboa Blvd
Northridge, CA 91329


Home Depot Credit Services
P.O. Box 790340
Saint Louis, MO 63179


Honda Finance
P.O. Box 5308
Elgin, IL 60121-5308


Honda Financial
P.O. Box 5308
Elgin, IL 60121-5308


Jeffrey Huhman
270 W. Village Lake Dr.
Derby, KS 67037


Hulse, Lacey, Hardacre, Austin
911 Meridian Street
PO Box 1448
Anderson, IN 46015


Illinois Department of Employment
Security
33 South State Street
10th Floor
Chicago, IL 60603

Illinois Department of Labor
160 North LaSalle Street
Suite C-1300
Chicago, IL 60601-3150


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Tollway
P.O. Box 5201
Lisle, IL 60532


Indiana Department of Workforce Dev.
10 N Senate Ave
Indianapolis, IN 46204


Indiana Dept. of Revenue
100 North Senate Avenue
Room 248
Indianapolis, IN 46204-2717


Ingold Law
5672 Main Street
Williamsville, NY 14221


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


John W. Quinn
PO Box 284
Grayslake, IL 60030


Jonathan Neil & Associates, Inc.
18321 Ventura Blvd., Suite 1000
Tarzana, CA 91356


JP Morgan Chase Bank
PO Box 183164
Columbus, OH 43218

JP Morgan Chase Bank, NA
PO Box 29550
Phoenix, AZ 85038-9550


JSD Management, Inc.
1283 College Park Dr.
Dover, DE 19904


Kentucky Dept. of Revenue
Withholding Tax
PO Box 181, Station 57
Frankfort, KY 40602


King & Guiddy
114 North Maple Avenue
Greensburg, PA 15601


Law Offices of Brian J Ferber, Inc.
5611 Fallbrook Ave.
Woodland Hills, CA 91367


Law Offices of John C. Williams & Assoc
1612 Northeast Expressway
Atlanta, GA 30329


Leprecon, LLC
PO Box 218
Hamburg, MI 48139


Liberty Mutual
1333 Main Street, Suite 600
Columbia, SC 29201


Line 6, Inc.
26580 Agoura Rd
Calabasas, CA 91302


LL Bradford CPA
8880 West Sunset Road, 3rd Floor
Las Vegas, NV 89148


Loud Technologies, Inc.
16220 Wood-Red Road NE
Woodinville, WA 98072

Louisiana Dept. of Revenue
PO Box 201
Baton Rouge, LA 70821


Maryland  Div. of Unemployment Insurance
Room 401
1100 N Eutaw Str.
Baltimore, MD 21201


MB&W
The MB&W Building
26000 Cannon Rd.
Cleveland, OH 44146


Mega Systems, Inc.
5718 Kenwick St.
San Antonio, TX 78238


Michigan  - Unemployment Insur. Agency
3024 West Grand Blvd., Suite 11-500
Detroit, MI 48202


Michigan A/R Collection System
PO Box 30158
Lansing, MI 48909


Michigan Department of Treasury
Dept. 77437
PO Box 77000
Detroit, MI 48277


Miller Camera Support, LLC
216 Little Falls Road, #15&16
Cedar Grove, NJ 07009


Municipal Services Bureau
PO Box 16755
Austin, TX 78761


Mutual of Omaha Companies
P.O. Box 2749
Omaha, NE 68103-2749

NCO Financial Systems, Inc.
7595 Montevideo Road, Suite 110
Jessup, MD 20794

Nibecker & Associates, Inc.
475 S. Seaward Ave.
Ventura, CA 93003

Nicor Gas
1844 Ferry Road
Naperville, IL 60563

North Carolina Department of Revenue
P.O. box 25000
Raleigh, NC 27640-2657

North Shore Agency
9525 Sweet Valley Drive, Building A
Valley View, OH 44125

Northwest Collectors, Inc.
3601 Algonquinn Road
Suite 232
Rolling Meadows, IL 60008-3104

Pest Point Control
1275 West Roosevelt Road
Suite 118
West Chicago, IL 60185

Philips Entertainment - Vari-Lite
10911 Petal St.
Dallas, TX 75238

Porte Brown CPA
845 Oakton Street
Elk Grove Village, IL 60007

Production Media, Inc.
2501 Blue Ridge Road #250
Raleigh, NC 27607

Quill.com
100 Schelter Rd.
Lincolnshire, IL 60069

Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390


Receivable Management Services
4836 Brecksville Road
PO Box 523
Richfield, OH 44286


Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411


RGSE, Inc.
2720 Cochran St., Suite 8B
Simi Valley, CA 93065


Riedel Communications, Inc.
2508 N. Ontario Street
Burbank, CA 91504


RMS
PO Box 509
Richfield, OH 44286


Robinson Payne
2800 West Higgins Road
Suite 160
Hoffman Estates, IL 60169


Roland Systems Group
PO Box 910921
Los Angeles, CA 90091


Rose Brand
4 Emerson Lane
Secaucus, NJ 07094


RS Means Co./Reed Contruction Data
700 Longwater Dr.
Norwell, MA 02061


Sales and Use Tax Commission
PO Box 104
Shreveport, LA 71161

Sam Loiacono d/b/a S & R Buildings
28080 W. Commercial Avenue
Lake Barrington, IL 60010


Shure
5800 W Touhy
Niles, IL 60714


South Meridian Church of God, Inc.
2402 Meridian Street
Anderson, IN 46016


Starin
PO Box 660402
Indianapolis, IN 46266


State of California - Bd. of Equalizatio
PO Box 942879
Sacramento, CA 94279


State of Wash. - Employment Sec. Dept.
PO Box 9046
Olympia, WA 98507


State of Washington - Dept. of Revenue
PO Box 47473
Olympia, WA 98504


Synnex Technology, Inc.
44201 Nobel Drive
Fremont, CA 94538


Technology Insurance Company
5800 Lombardo Center
Cleveland, OH 44131


Teller Levit & Silvertrust, P.C.
19 South LaSalle Street
Suite 701
Chicago, IL 60603


The Cascade Affiliates, Inc.
13700 Foothill Bl. #922982
Rancho Cascades, CA 91392

The Crossing Church
222 Laurel Ave
Livingston, NJ 07039


Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044


Transworld Systems, Inc.
PO Box 17221
Wilmington, DE 19850


United Rentals
6125 Lakeview Road, Suite 300
Charlotte, NC 28269


UPS
P.O. Box 25084
Lehigh Valley, PA 18002


UPS
4836 Brecksville Rd.
Richfield, OH 44286


UPS Store
117 South Cook Street
Barrington, IL 60010


US Bank
Attn: Bankruptcy Notice
800 Nicollet Mall
Minneapolis, MN 55402


US Small Business Administration
409 3rd Street, SW
Washington, DC 20416


Vengroff, Williams & Associates, Inc.
P.O. Box 4155
Sarasota, FL 34230-4155


Video Equipment Rentals
912 Ruberta Avenue
Glendale, CA 91201

```
Village of Barrington
400 N Northwest Hwy
Barrington, IL 60010


Village of Rosemont
9501 W. Devon Ave
Rosemont, IL 60018


W.W. Grainger, Inc.
14441 Illinois 60
Lake Forest, IL 60045


Waterford Place Apartments



Whitney & Associates
406 Blackwell St., Suite 240
Durham, NC 27701


Wholesale Collectors Associations
P.O. Box 48146
Niles, IL 60714


Yamaha Commercial Audio
6600 Orangethorpe Ave
Buena Park, CA 90620


Yamaha Commercial Audio Systems
23391 Network Place
Chicago, IL 60673
```